# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**THIRPLUS TINO MOOSE BEY,**                                                           **PETITIONER**
**ADC #21011-045**

v.                      **CASE NO. 2:21-CV-00022-BSM**

**D. HENDRIX, Warden,**
**FORREST CITY LOW**                                                            **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 3] is adopted. Thirplus Tino Moose Bey's habeas petition [Doc. No. 2] is dismissed, and the petition to proceed *in forma pauperis* [Doc. No. 1] is denied as moot.

IT IS SO ORDERED this 5th day of April, 2021.

                                                                                        */s/ Brian S. Miller*
                                                                  UNITED STATES DISTRICT JUDGE