# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**THIRPLUS TINO MOOSE BEY,**  **PETITIONER**
**ADC #21011-045**

v.  CASE NO. 2:21-CV-00022-BSM

**D. HENDRIX, Warden,**
**FORREST CITY LOW**  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE